UNITED STATES of America,
Plaintiff–Appellee,

v.

Charles Eugene PRITCHETT, a.k.a. Mookie, Defendant–Appellant.

No. 05–15532
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 28, 2006.

Joseph A. Ingram, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before BIRCH, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Joseph A. Ingram, appointed counsel for Charles Pritchett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

---

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pritchett's convictions and sentences are **AFFIRMED.**